IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES PETHE**                                                                             **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO.: 4:06CV15-WAP-DAS**

**DAVID HENDERSON, ET AL.**                                          **DEFENDANTS**

## FINAL JUDGMENT

Consistent with the Memorandum Opinion entered this day, it is

**ORDERED**:

1. That the defendants are hereby granted judgment on the claims asserted in the Complaint, and the Complaint is hereby dismissed with prejudice.

2. That the parties shall bear their own costs.

3. That the Clerk shall forthwith close this case.

**THIS**, the 29th day of September, 2008.

                                                          /s/ W. Allen Pepper, Jr.
                                                          W. ALLEN PEPPER, JR.
                                                          UNITED STATES DISTRICT JUDGE